UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――X
:
MILTON WILLIAMS, :
:
               Plaintiff, :
: 21-CV-2307 (JMF)
   -v- :
: ORDER
:
PEZ CANDY, INC., :
               Defendant. :
:
―――――――――――――――――――――――――――――X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 17, 2021 Order, ECF No. 6, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant signed a proposed stipulation on April 14, 2021, ECF No. 8, and subsequently filed a notice of substitution of counsel on May 12, 2021, ECF No. 10. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **June 3, 2021**.

      SO ORDERED.

Dated: May 27, 2021
      New York, New York
                                                                    JESSE M. FURMAN
                                                             United States District Judge