UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
MILTON WILLIAMS, :
:
                Plaintiff, :
: 21-CV-2307 (JMF)
    -v- :
: ORDER
:
PEZ CANDY, INC., :
                Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Orders of March 17, 2021, ECF No. 6, and May 27, 2021, ECF No. 14, the parties filed a joint status letter on June 1, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 15. The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial. In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's March 17, 2021 Order.

      SO ORDERED.

Dated: June 2, 2021
       New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                   United States District Judge